# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SHELLY F. SIMONICH, an individual, and ROBERT SIMONICH, an individual,

Plaintiffs,

vs.

FORD MOTOR COMPANY, a Delaware Corporation,

Defendants.

Case No.: 2:24-cv-02845-WBS-JDP

*District Judge William B. Shubb*

**ORDER GRANTING STIPULATION TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

Complaint Filed: August 12, 2024

Based on the stipulation of the parties, and good cause appearing therefor, the stipulation is approved. The deadline to file dispositional documents is continued to **June 1, 2026** for the completion of all settlement terms, or a further joint status report if settlement has not been finalized. The Status Conference is reset to **June 15, 2026 at 1:30 PM** in Courtroom 5.

**IT IS SO ORDERED.**

Dated:  March 31, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS