# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY F. SIMONICH, an individual, and ROBERT SIMONICH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No.: 2:24-cv-02845-WBS-JDP<br><br>*District Judge William B. Shubb*<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Complaint Filed: August 12, 2024 |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The deadline to file dispositional documents shall be continued by sixty (60) days to December 4, 2026 for the completion of all settlement terms. The Status Conference currently set for October 19, 2026 shall be RESET for December 14, 2026 at 1:30 PM.

**IT IS SO ORDERED.**

Dated: September 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE